**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **PARK NATIONAL CORPORATION** | ) | |
| | ) | **CASE NO.: 2:17-CV-00816** |
| **Plaintiff,** | ) | |
| | ) | **JUDGE GEORGE C. SMITH (Presiding)** |
| **v.** | ) | **JUDGE CHELSEY M. VASCURA (Referral)** |
| | ) | |
| **HCC LIFE INSURANCE COMPANY, n/k/a** | ) | |
| **TOKIO MARINE HCC** | ) | |
| | ) | |
| **Defendant.** | ) | **NOTICE OF DISMISSAL** |
| | ) | |

Plaintiff, Park National Corporation, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), notices its voluntary dismissal, with prejudice, of this action.

Respectfully submitted,

*s/Keith L. Pryatel*
Keith L. Pryatel (#0034532)
kpryatel@kwwlaborlaw.com
KASTNER WESTMAN & WILKINS, LLC
3550 West Market Street, Suite 100
Akron, OH 44333
330.867.9998 (phone)
330.867.3786 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Dismissal was sent to the Defendant, HCC Life Insurance Company, n/k/a Tokio Marine HCC, via regular U.S. Mail, this 29th day of December, 2017, to the following address:

> HCC Life Insurance Co. (Tokio Marine HCC)
> c/o National Registered Agents, Inc.
> 4400 Easton Commons Way
> Suite 125
> Columbus, OH  43219

*s/Keith L. Pryatel*